UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 10-20277-CR-JORDAN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| MAURICE DANIELS | ) |
| _____ | ) |

**ORDER ON PENDING MOTIONS**

This order addresses most of the pending motions.

1. Following oral argument and a de novo review of the record, I adopt the report and recommendation issued by Magistrate Judge McAliley [D.E. 80]. Accordingly, Mr. Daniel's motion to suppress [D.E. 45] is denied.

2. As discussed at the hearing on pending motions, Mr. Daniels' motion in limine concerning Rule 404(b) evidence [D.E. 66] is denied as moot.

3. As discussed at the hearing on pending motions, Mr. Daniels' motion for specific *Kyles* and *Brady* information [D.E. 89] is denied as moot.

4. Mr. Daniels' motion to compel production of witness or witness' contact information [D.E. 118] is granted in part, as announced at the hearing on pending motions.

5. Mr. Daniels' motion in limine concerning FDC conversations and the unrelated shooting of the victim [d.e. 65] is granted in part. The government will not present any evidence in its case-in-chief concerning the subsequent unrelated shooting of the armored car employee at a CVS robbery. If the government wishes to introduce any portion of any FDC conversations, it will let me know beforehand so that I can hear from Mr. Daniels and his counsel.

6. The government's motion in limine to preclude expert testimony on eyewitness identification [D.E. 101] is granted in part. I will not preclude such testimony as a matter of law, *see United States v. Smith,* 621 F.Supp.2d 1207, 1210-11 (M.D. Ala. 2009), but I will hold an evidentiary hearing on October 14, 2010, pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993) and its progeny.

DONE and ORDERED in chambers in Miami, Florida, this 12th day of October, 2010.

*Adalberto Jordan*
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record